1  DANIEL BRODERICK
   Federal Defender
2  MATTHEW SCOBLE, Bar # 237432
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant/Movant/Petitioner
   MARIO ALFREDO GALINDO, JR.
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )  No. Cr. S. 03-234-WBS
                                )
14           Plaintiff,          )  **STIPULATION OF THE PARTIES FOR**
                                )  **RELEASE OF DEFENDANT AND [**~~PROPOSED~~**]**
15     v.                        )  **ORDER**
                                )
16 MARIO ALFREDO GALINDO JR.,   )  Date: January 23, 2012
                                )  Time: 9:30 a.m.
17           Defendant/Movant.   )  Judge: Hon. William B. Shubb
                                )
18 _____)

19

20      It is hereby stipulated and agreed to between the United States of

21 America through Michelle Rodriguez, Assistant U.S. Attorney, and

22 defendant, MARIO ALFREDO GALINDO, Jr. by and through his counsel,

23 Matthew M. Scoble, Assistant Federal Defender, that the 24 month

24 sentence imposed on the Defendant by this court has been fully served.

25 The parties arrive at this conclusion based on the time the Defendant

26 has actually served in custody, and under the doctrine of credit for

27 time at liberty under Clark v. Floyd, 80 F. 3d 371 (9th Cir. 1996).

28 //
   //

DATED: January 23, 2012

                    Respectfully submitted,


BENJAMIN B. WAGNER                    DANIEL BRODERICK
United States Attorney                Federal Defender



  */s/ Matthew M. Scoble for*           */s/ Matthew M. Scoble*
MICHELLE RODRIGUEZ                    MATTHEW M. SCOBLE
Assistant U.S. Attorney               Assistant Federal Defender
Attorney for United States            Attorney for Mario Galindo Jr.

//
//
//

**ORDER**

The Court having read the Defendant's motion for release, having heard argument from the parties, and adopting the parties' stipulation, hereby finds that the 24 month sentence imposed on the Defendant by this court has been fully served. The court makes this finding considering time the Defendant has actually served in custody, and under the doctrine of credit for time at liberty under <u>Clark v. Floyd</u>, 80 F. 3d 371 (9th Cir. 1996).

   Therefore, the Court orders the US Marshals and the Bureau of Prisons to release the Defendant, forthwith.

Dated: January 23, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE