UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 23 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. CR S-03-0234-01 WBS |
| )  Plaintiff, ) | |
| v.                           ) | ORDER FOR RELEASE |
| )                            | OF PERSON IN CUSTODY |
| MARIO ALFREDO GALINDO, JR.,  ) | |
| )                            | |
| Defendant.                   ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **Mario Alfredo Galindo, Jr.** Case CR S-03-0234-01 WBS from custody for the following reasons:

    \_ Release on Personal Recognizance

    \_ Bail Posted in the Sum of _____

    \_ Unsecured bond

    \_ Appearance Bond with 10% Deposit

    \_ Appearance Bond secured by Real Property

    \_ Corporate Surety Bail Bond

    **X** (Other) Released pursuant to Stipulaton of Time Served

Issued at Sacramento, CA on January 23, 2012 at 10:40 a.m./p.m.

By _William B. Shubb_
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing ✓